HERMAN RODGERS and Others, Respondents, v. BERTHA DEVELOPMENT COM-

PANY, INC., and Others, Defendants. SAMUEL MICHAEL, Appellant; THOMAS W. MAIRES, Respondent.— Motions to resettle orders denied.    Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.